

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

June 15, 2021

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

*[Handwritten: Conference adjourned to August 9, 2021 at 4:00 p.m. So ordered. 6/15/21 /s/ John G. Koeltl U.S.D.J.]*

Re:  **Air Express Int'l USA, Inc. v. ZIM Integrated Shipping Services Ltd. et al.**
     **Case No. 1:21-cv-03308-JGK**

Dear Judge Koeltl,

We represent Plaintiff, Air Express International USA, Inc. d/b/a DHL Global Forwarding (hereinafter "Plaintiff" and/or "DGF"), in the above-referenced case. Pursuant to your Honor's Individual Practices ¶ 1(E) and ¶ 1(F), Plaintiff respectfully requests an adjournment of the Initial Pre-Trial Conference currently scheduled for Monday, June 21, 2021, at 12:00 p.m. This is Plaintiff's first request for an adjournment of the Initial Pre-Trial Conference.

Plaintiff filed the instant matter as a protective time bar action against Defendants as the ocean carrier concerning alleged damages during the international movement of goods from Koper, Slovenia to Fogelsville, Pennsylvania via New York, New York. (Compl. [D.E. 1] ¶ 8). At this time, Plaintiff is in the process of serving Defendants. Further, we are monitoring the status of the claim with the cargo interest in Slovenia as the instant action is a protective time bar action for indemnity against Defendants so that we may proceed in an efficient manner.

Accordingly, given the complex legal issues, along with time to serve the Defendants, counsel for Plaintiff respectfully requests a thirty (30) to forty-five (45) day adjournment of the Initial Pre-Trial Conference so that all parties have appeared.

Thank you for your consideration in this matter.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:  All Counsel of Record (via *ECF*)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/15/2021
```

Continental Plaza • 3250 Mary Street, Suite 405 • Miami, FL 33133
11 Broadway, Suite 615, New York, New York 10004
www.spectorrubin.com