UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIR EXPRESS INTERNATIONAL USA,
INC.,
                Plaintiff,

    - against -

ZIM INTEGRATED SHIPPING SERVICES
LTD. ET AL.,
                Defendants.

21-cv-3308 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 28, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
            June 23, 2022

                                         John G. Koeltl
                               United States District Judge